W. A. CASE & SON MANUFACTURING COMPANY, Appellant, v. YOUNG IMPROVEMENT CORPORATION and SAMUEL BRILL, Respondents, and Others, Defendants.— Motions denied. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

REBECCA DUCKMAN, Plaintiff, v. LOUIS BLACK and Another, Defendants.— Motion denied on condition that plaintiff perfect the appeal, place the case on the April calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

JOHN FARRELL and Others, Appellants, v. (JENNIE M. BRADY), MARY E. T. DUNN and ANNA R. MOORE, as Executrices, etc., Respondents.— Motion to dismiss appeal denied, without costs, with liberty to renew after settlement of the case on appeal herein, if appellants do not then proceed promptly. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

AMELIA GAROFOLO, an Infant, etc., Respondent, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

JOSEPH GORDON, an Infant, etc., Plaintiff, v. JOSEPH I. GRADY, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

ALBERT P. HOGLE and Others, Plaintiffs, v. ANNIE E. FREEMAN and Others, Defendants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

DOROTHY LEWIS, Appellant, v. NEW YORK TITLE AND MORTGAGE COMPANY, Respondent.— Motion denied. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

ANTON S. PETERSEN, Respondent, v. LOUIS HARTOG, Appellant.— Motion denied on condition that defendant perfect the appeal, place the case on the April calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. HALE, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY NICCHIE or LILLIAN NICCHIA, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ. Order to be settled before Mr. Justice Thomas.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL TURNER, Appellant.— Motion denied on condition that defendant perfect the appeal, place the case on the April calendar and be ready for arguments when reached; otherwise, motion granted. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

RUFUS L. SCOTT, Appellant, v. BELLE HARBOR-EDGEMERE REALTY COMPANY, INC., and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.